UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CELESTE L. GUICE,

    Plaintiff,

v.                                                                                                          Case No: 8:15-cv-2935-T-27TBM

THOMAS E. PEREZ, SECRETARY,
DEPARTMENT OF LABOR,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Emergency Motion for Order Enjoining, Or in the Alternative, An Injunction Regarding Florida State Case No. 16-CA-7410 (Dkt. 25). No response is necessary. Upon consideration, the motion is **DENIED**.

Plaintiff seeks an injunction halting the proceedings in a foreclosure case in state court, arguing that if she prevails in the case pending in this Court, she will obtain the resources to pay her mortgage. Plaintiff contends this Court possesses the power to enjoin the state court proceedings pursuant to the All Writs Act, 28 U.S.C. § 1651.

Notwithstanding, the All Writs Act does not authorize the injunction sought by Plaintiff. A district court "may not enjoin state court proceedings to protect its ability to render judgment in ongoing *in personam* proceedings." *Klay v. United Healthgroup, Inc.*, 376 F.3d 1092, 1102–03 (11th Cir. 2004). The All Writs Act allows a federal court "to protect the integrity or enforceability of existing judgments or orders, rather than its ability to prospectively issue one in a pending case." *Id.* at 1104. Because there is no existing judgment or order to be protected or enforced, the state court proceedings may not be enjoined.

Moreover, the Anti-Injunction Act prohibits federal courts from enjoining state court proceedings "except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments." 28 U.S.C. § 2283. None of the exceptions to the Anti-Injunction Act apply. No Act of Congress authorizes federal courts to enjoin state court foreclosures, and it is unnecessary to enjoin this particular foreclosure to aid the jurisdiction or protect a judgment of this or any federal court. *See Arthur v. JP Morgan Chase Bank, NA*, 569 Fed. App'x 669, 678 (11th Cir. 2014) (affirming district court's denial of injunction against foreclosure of plaintiffs' residences because none of the exceptions to the Anti-Injunction Act applied).

Accordingly, Plaintiff's Emergency Motion for Order Enjoining, Or in the Alternative, An Injunction Regarding Florida State Case No. 16-CA-7410 (Dkt. 25) is **DENIED**.

**DONE AND ORDERED** this 28th day of September, 2016 at 1:13 p.m.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record